JOSEPH BELL and CHARLES PERLMAN, respondents,

*v.*

MERCHANTS BUILDING AND LOAN ASSOCIATION, appellant.

[Decided May 13th, 1943.]

*Mr. Joseph A. Weisman, Mr. Charles Perlman* and *Mr. Meyer M. Semel,* for the respondents.

*Mr. Harold J. Jacobs,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan, and reported at *132 N. J. Eq. 356.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.